UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON GORDON MARSH,

Plaintiff,

v.

FORD MOTOR COMPANY,

Defendant.

Case No.  25-cv-10944-LJC

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures (if not already served): | April 2, 2026 |
| Stipulation or joint letter regarding protective order: | April 2, 2026 |
| Joint statement confirming mediator and date of mediation: | April 9, 2026 |
| Deadline to join parties and amend pleadings:[1] | June 24, 2026 |
| Deadline to complete private mediation: | August 24, 2026 |
| Joint case management statement: | September 3, 2026 |
| Further case management conference: | Sept. 10, 2026, 1:30 PM |
| Fact discovery cut-off: | October 16, 2026 |
| Opening expert reports and disclosures: | October 30, 2026 |
| Rebuttal expert reports and disclosures: | November 20, 2026 |
| Expert discovery cut-off: | December 15, 2026 |

[1] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required.  A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave.  A motion filed after this date must also meet the standard to modify a scheduling order.  *See* Fed. R. Civ. P. 16(b)(4).

United States District Court
Northern District of California

Last day to file dispositive motions and *Daubert* motions:    January 12, 2027

Last day to hear dispositive motions and *Daubert* motions:    February 16, 2027

Pretrial conference:[2]    May 7, 2027, 1:30 PM

Jury trial:    May 24, 2027 (5 days)

**IT IS SO ORDERED.**

Dated: March 26, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

---

[2] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

2